STATE OF NEW JERSEY v. ASA R. KING.

December 14, 1981.

Cross-petition for certification denied.

BROADWAY MAINTENANCE CORPORATION v. RUTGERS, THE STATE UNIVERSITY.

EDWIN J. DOBSON, JR., INC. v. RUTGERS, THE STATE UNIVERSITY.

December 14, 1981.

Petitions for certification granted. (See 180 *N.J.Super.* 350)

STATE OF NEW JERSEY v. LEON NEAL.

December 15, 1981.

Petition for certification denied.

GAIL WALLIS v. NEW JERSEY LIFE INSURANCE COMPANY.

December 15, 1981.

Petition for certification denied.